UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMAL FRANCOIS, SID #1140744, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-24-CV-00126-XR |
| SHERIFF JAVIER SALAZAR, Bexar County; DA JOE GONZALES, District Attorney's Office; RON ROSS, Attorney At Law, | § § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Jamal Francois's U.S.C. § 1983 Civil Rights Complaint, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff Jamal Francois's § 1983 claims against Bexar County District Attorney Joe Gonzales in his official capacity for monetary damages are **DISMISSED WITHOUT PREJUDICE FOR WANT OF JURISDICTION**. *See* U.S. CONST. amend. XI.

**IT IS FURTHER ORDERED** that Plaintiff Jamal Francois's remaining § 1983 claims are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted and/or based on immunity. *See* 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b).

**IT IS FURTHER ORDERED** that Plaintiff Jamal Francois's 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with the Court's Show Cause Order. *See* FED. R. CIV. P. 41(b).

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

The Clerk of Court shall send a copy of this Final Judgment and the Order of Dismissal in this case to the keeper of the three–strikes list.

It is so **ORDERED**.

**SIGNED** this 10th day of April, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE